# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| MITCHELL WOODS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. CIV-13-0763-HE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Mitchell Woods filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability benefits and supplemental social security income payments. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Suzanne Mitchell, who recommends that the Commissioner's decision be affirmed. Objections to the magistrate judge's Report and Recommendation were due by June 17, 2014.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation [Doc. #18], and the decision of the Commissioner of the Social Security

Administration is **AFFIRMED**.

       **IT IS SO ORDERED**.

Dated this 19th day of June, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE